## LOS ANGELES NATIONAL BANK v. CHANDLER et al.

Court of Appeal, Second District; October 21, 1907.

92 Pac. 872.

**Appeal—Record—Scope and Contents—Documentary Evidence.**
Where the record purports to contain copies of an undertaking on appeal and of an affidavit alleging that the cause in which such undertaking was given had been affirmed, and asking judgment against the sureties on such undertaking, and the documents are not embodied in the bill of exceptions or otherwise authenticated, they cannot be considered on appeal.

APPEAL from Superior Court, Los Angeles County; W. H. Clark, Judge.

Action by the Los Angeles National Bank against Burdette Chandler and others. From a judgment for plaintiff, Thomas B. Clark and J. K. Skinner appeal. Judgment affirmed.

Del Valle & Munday for appellants; Flint & Barker and Gray, Barker & Bowen for respondent.

SHAW, J.—Appeal from judgment. The transcript in this case was filed August 15, 1898. No points have ever been filed by appellants, and the appeal is probably abandoned.

The record contains what purports to be copies of an undertaking on appeal and an affidavit, wherein it is averred that the cause in which such undertaking on appeal was given had been affirmed, and asking judgment against the sureties in said undertaking. These documents are not embodied in a bill of exceptions or otherwise authenticated, and therefore cannot be considered.

The record contains no other document, except the judgment, which is affirmed.

We concur: Allen, P. J.; Taggart, J.